

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | No. 08-22-00007-CV |
|---|---|---|
| IN THE ESTATE OF: | § | Appeal from the |
| JOSEPH ALBERT COUGOT, | § | County Court at Law |
| Deceased. | § | of Walker County, Texas |
|  | § | (TC# 9276 PR) |

**O R D E R**

Pending before the Court is Appellant's "Notice to the Court and Request to Order the Trial Court from Taking Further Action" which this Court has construed as a motion to stay the proceeding below pending resolution of this appeal. On this day, the Court has issued an opinion and judgment reversing the trial court's order and remanding the case to the trial court. The motion to stay is GRANTED, and the trial court is ordered to stay all proceedings in cause number 9276 PR, styled *In the Estate of Joseph Albert Cougot, Deceased*, but only until such time as the mandate in this case issues.

IT IS SO ORDERED this 21ST DAY OF JULY, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.